IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMELL L. REESE,** | |
| **Plaintiff,** | |
| v. | Case No. 24-CV-02262-SPM |
| **CHARLES W. CONNORS and CARRIER CORPORATION,** | |
| **Defendants.** | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 15, 2025 (Doc. 23), this matter is **DISMISSED with prejudice**.

**DATED: July 15, 2025**

                                        **MONICA A. STUMP,**
                                        **Clerk of Court**

                                    By: *s/ Jackie Muckensturm*
                                                  **Deputy Clerk**

**APPROVED:** *s/ Stephen P. Mc*Glynn
                  **STEPHEN P. MCGLYNN**
                  **U.S. District Judge**